### COMMONWEALTH *vs.* PATRICK McNAMEE.

No certificate granted by officers of the revenue of the United States can constitute a defence to a prosecution under Gen. Sts. c. 87, §§ 6, 7, for keeping a tenement used for the illegal sale of intoxicating liquor.

COMPLAINT under Gen. Sts. c. 87, §§ 6, 7, for keeping a tenement used for the illegal sale of intoxicating liquor.

At the trial in the Superior Court before *Bacon*, J., the defendant offered evidence tending to show that certain certificates granted by the United States revenue officers were posted in the tenement claimed to be a nuisance, and the evidence was ad-

mitted.   He then offered to show orally the contents of these certificates, especially the name of the person authorized by them to carry on business in that place.   But the court refused to admit the evidence.

The jury returned a verdict of guilty, and the defendant alleged exceptions.

*J. Hopkins*, for the defendant.

*C. R. Train*, Attorney General, for the Commonwealth.

BY THE COURT.   The evidence was wholly immaterial.   If the certificates themselves had been produced, they would have afforded no defence against this indictment.   *Pervear* v. *Commonwealth*, 5 Wall. 475.   *Commonwealth* v. *Holbrook*, 10 Allen, 200.                                     *Exceptions overruled.*